*In re* EUGENIO SÁNCHEZ RUIZ, querellado.

*Número:* O-74-403    *Resuelto:* 24 de marzo de 1977

*Miriam Naveira de Rodón, Procuradora General, Américo Serra y Lirio Bernard de González, Procuradores Generales Auxiliares,* abogados del Estado; *Wilfredo Pérez Candelaria, Yamil Galib Frangie* y *Eduardo Báez Galib,* abogados del querellado.

PER CURIAM: Contra el Notario Eugenio Sánchez Ruiz se formuló querella imputándole que alegadamente notarizó

veinte (20) declaraciones juradas relacionadas con solicitudes para tener y poseer armas de fuego sin que los declarantes comparecieran personalmente ante el mencionado notario.

[1] El Comisionado Especial rindió su Informe, el cual está sostenido por la prueba desfilada. Es incontrovertible el hecho de que todas las solicitudes para tener y poseer armas de fuego notarizadas por el Notario Eugenio Sánchez Ruiz fueron firmadas por las personas que hicieron tales solicitudes, sin embargo, ninguna de ellas lo hizo en su presencia.

La actuación del Notario Eugenio Sánchez Ruiz es manifiestamente contraria a lo requerido por la Ley Notarial. Repetidamente hemos advertido a los notarios de su obligación de cumplir estrictamente con lo preceptuado en la Ley Notarial. Deben ser exigentes y abstenerse de dar fe notarial de declaración jurada si la persona que va a otorgar el documento o la declaración jurada no ha comparecido personalmente.

En las circunstancias que concurren en el presente caso, habiéndose hecho constar que: "[d]urante el curso de 41 años de ejercicio profesional el querellado, Lcdo. Eugenio Sánchez Ruiz, nunca fue sometido a investigación de índole alguna sobre su conducta profesional, como tampoco ha recibido reprimenda, prevención, castigo o amonestación de clase alguna relacionada con el ejercicio de la Notaría", *estimamos de rigor como única sanción suspenderle del ejercicio del notariado por el término de seis meses.*

Se dictará sentencia de conformidad.

Los Jueces Asociados Señores Rigau y Torres Rigual no intervinieron. El Juez Asociado Señor Negrón García es del criterio que debe suspenderse permanentemente al querellado del ejercicio del notariado.